# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH KVASNE, | ) | CASE NO.  1:08CV2019 |
| | ) | |
| Petitioner, | ) | JUDGE PETER C. ECONOMUS |
| | ) | |
| v. | ) | |
| | ) | |
| TERRY COLLINS, Director, DRC, | ) | JUDGMENT |
| *et al.*, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

The instant matter is before the Court upon a petition for a writ of habeas corpus filed by Joseph Kvasne, pursuant to 28 U.S.C. § 2254.  (Dkt. # 1).  The Court construed Claim One of the petition as seeking relief pursuant to 28 U.S.C. § 2241.

For the reasons set forward in this Court's memorandum opinion and order of August 10, 2010, (Dkt. # 20), it is **ORDERED** that the Magistrate Judge's Report and Recommendation is **ADOPTED**, except as noted in Part II of the memorandum opinion and order; and **IT IS FURTHER ORDERED** that Petitioner Joseph Kvasne's petition for a writ of habeas corpus, pursuant to 28 U.S.C. §§ 2241, 2254, (Dkt. # 1) is **GRANTED** with respect to Claim One, and **DENIED** with respect to Claims Two and Three.  (Dkt. # 1).

Finally, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and that there is no basis upon which to issue a certificate of appealability. 28 U.S.C. §2253(c); Fed. R. App. P. 22(b).

**IT IS SO ORDERED**.

/s/ *Peter C. Economus* – **August 10, 2010**
**PETER C. ECONOMUS**
**UNITED STATES DISTRICT JUDGE**